

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

US. v. Swopes

Case Number:

08CR 549 - 4
08 cv 549

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHERMAN SWOPES

# FILED

JUL 1 1 2008

**MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT**

| NAME (Type or print) |
|---|
| Susan Shatz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Susan Shatz |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| 407 S. Dearborn St. # 1675 |

| CITY/STATE/ZIP |
|---|
| Chicago, Il. 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201884 | 312-697-0022 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☑