# FINANCIAL AFFIDAVIT

CJA 23

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

REV. 1/90

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF _US_ vs _Collion_

FOR **FILED**

AT

JUL 11 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name)
_Sherman Swopes_

| | |
|---|---|
| 1 ☒ Defendant – Adult | DOCKET NUMBERS |
| 2 ☐ Defendant – Juvenile | Magistrate |
| 3 ☐ Appellant | ~~08~~ 08 CR 549 -4 |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

_18 USC 2113(a) and (2)_

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?   ☐ Yes   ☒ No   ☐ Am Self Employed   _Works w/ Father Repairing Cos_

Name and address of employer: _____

**IF YES, how much do you earn per month?** $ _400 0/00_
**IF NO,** give month and year of last employment
How much did you earn per month $ _____

If married is your Spouse employed?   ☐ Yes   ☒ No

**IF YES, how much does your Spouse earn per month** $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** $ | | |

**CASH**

Have you any cash on hand or money in savings or checking account   ☐ Yes   ☐ No   IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES, GIVE VALUE AND $ DESCRIBE IT** | | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _3_

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)   ▶   _Sherman Swopes_

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.