

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-4 | **DATE** | 7/18/2008 |
| **CASE TITLE** | USA vs. Sherman Swopes | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing set for 7/23/08 is reset to 8/1/08 at 1:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|