UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 549-4 |
| | ) | MAGISTRATE COLE |
| SHERMAN SWOPES, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO CONTINUE PRELIMINARY
HEARING FOR DEFENDANT SWOPES**

Defendant Sherman Swopes, through his attorney Susan Shatz, respectfully moves to continue his preliminary hearing for the reasons stated below.

1. Mr. Swopes' preliminary hearing is set for August 1, 2008, at 1:00 pm.

2. Mr. Swopes is requesting that the hearing be continued so that he has time to consult with his family about his case.

3. To date Mr. Swopes has not seen his family outside of court or spoken to them about his case. He is making every effort to get the appropriate paper work completed so that they can visit him at the MCC. Under the best of circumstances it will take several more weeks for this process to be completed.

4. Counsel has discussed this matter with Mr. Swopes and he is requesting a continuance. AUSA Guren has no objection to the continuance.

5. Swopes is requesting a continuance to the first week of September and his counsel is available any afternoon, September 3rd - 5th .

Wherefore, Mr. Swopes respectfully requests this Honorable Court to grant his motion and continue his preliminary hearing to the first week of September.

Respectfully submitted,

S/ Susan Shatz
Attorney for Sherman Swopes
407 S. Dearborn St. - Suite 1675
Chicago, IL.  60605
312-697-0022

**CERTIFICATE OF SERVICE**

      Susan Shatz hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: Agreed Motion to Continue Preliminary hearing, was served on July 30, 2008 pursuant to the district court's ECF system as to ECF filers.

                                                S/Susan Shatz
                                                Susan Shatz
                                                Attorney for Sherman Swopes
                                                407 S. Dearborn, Suite 1675
                                                Chicago, IL  60605
                                                (312) 697-0022