UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 549-4 |
| | ) | MAGISTRATE COLE |
| SHERMAN SWOPES, | ) | |
| | ) | |
| Defendant. | ) | |

To:

AUSA Halley Guren
219 S. Dearborn St. - 5th floor
Chicago, IL.  60604

### NOTICE OF MOTION AND FILING

_____Please take notice that on July 30, 2008,  there was filed with the Clerk of the Court , Mr.Swopes' Agreed Motion to Continue his Preliminary Hearing, a copy of which is hereby served on you.  Counsel will appear before Magistrate Cole on August 1, 2008, at 1:00 pm to present the attached motion.

Respectfully submitted,

S/ Susan Shatz
Susan Shatz - Attorney for Mr. Swopes

### PROOF OF SERVICE

On July 30, 2008  the above referenced document was served, pursuant to the district court's ECF system as to ECF filers to the parties named above.

S/ Susan Shatz

Susan Shatz
407 S. Dearborn St. # 1675
Chicago, IL. 60605
312-697-0022
shatzie777@netzero.net