## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-4 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Sherman Swopes | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to continue preliminary hearing for Defendant Sherman Swopes until the first week of September [36] is granted. Preliminary examination hearing set for 8/1/08 is reset to 9/4/08 at 1:00 p.m. No appearance is necessary on 8/1/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|