Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08  CR 549-4 | **DATE** | 10/8/2009 |
| **CASE TITLE** | USA vs. SHERMAN SWOPES | | |

**DOCKET ENTRY TEXT:**

Change of Plea Hearing held on 10/8/2009 . Defendant appeared with attorney. Defendant withdraws not guilty plea and enters a  plea of guilty to Counts 2 and 3 of the Superseding Indictment.  The Court finds that the defendant is competent, after a lengthy colloquy  as to the defendant's rights,  to enter into the  plea (Plea Declaration - Counts 2 & 3) . The Court accepts the plea and enters a Judgment of guilty to  Counts 2 & 3  of the Superseding Indictment.  Order cause  referred  to the Probation Office  for  presentence  investigation.   Time is extended to the end of the trial for the remaining defendants  for the Government to submit  its version of the offense.   Objections and or motions due one week  prior to sentencing.        Sentencing hearing is set for  December 17,  2009  at 9:30 a.m.   **Any pending dates or deadlines are stricken and terminated.**

**Docketing to mail notices.**

40 min.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|