AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: SHERMAN SWOPES
CASE NUMBER: 08 CR 549 - 4

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

ONE HUNDRED AND SEVENTY (170) MONTHS ON COUNTS 2 AND ONE HUNDRED AND TWENTY (120) MONTHS ON COUNT 3 OF THE SUPERSEDING INDICTMENT TO RUN CONSECUTIVE TO EACH OTHER.
TOTAL TERM OF IMPRISONMENT: TWO HUNDRED AND NINTY (290) MONTHS

☒ The court makes the following recommendations to the Bureau of Prisons:

A facility has has mental health program and has a capacity to deal with all the issues in the psychological report, and that he participates in a mental health program during incarceration. Participate in a Residential Drug Treatment Program during incarceration.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

FILED
JUN 30 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I have executed this judgment as follows:

Defendant delivered on 5-27-10 to McCreary
a 5:00 pm , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By BOP
_____
DEPUTY UNITED STATES MARSHAL